IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TRUSTEES OF THE LOCAL 441
PLUMBERS AND PIPEFITTERS
RETIREMENT PLAN,

      Plaintiffs,

      v.            Civil Action No. 14-2652

McELROY'S, INC.,

      Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Trustees of the Local 441 Plumbers and Pipefitters Retirement Plan ("the Trustees"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby file their notice of dismissal with prejudice of all claims brought by the Trustees against McElroy's, Inc. in this action, with each party to bear its own costs and expenses, except as outlined in the parties' written settlement agreement.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Douglas M. Weems
Douglas M. Weems    KS #14771
Stephanie Lovett-Bowman    KS #24842
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
816-474-8100
816-474-3216 (FAX)
dweems@spencerfane.com
slovettbowman@spencerfane.com
ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 21st day of May, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Douglas M. Weems_____
Attorney for Plaintiffs